# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0775
Lower Tribunal No. 22-400DR

_____

GINELLE MCGILL, f/k/a GINELLE ALLEN,

Appellant,

v.

MARCUS ALLEN,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Mary C. Evans, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and SMITH, JJ., concur.


Stacy L. Haverfield, of Stacy L. Haverfield, P.A., Fort Myers, and Margaret H. White-Small, of Margaret H. White-Small, Attorney at Law, Longboat Key, for Appellant.

Jeffrey A. Rapkin, Port Charlotte, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED